[No. 29234-7-III.  Division Three.  December 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANITA SUE WOLF, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 09-1-00099-1, E. Thompson Reynolds, J., entered July 6, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 29291-6-III.  Division Three.  December 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY GLENN GATEWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-01092-1, Salvatore F. Cozza, J., entered August 6, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29448-0-III.  Division Three.  December 8, 2011.]

MICHAEL WHELAN ET AL., *Respondents*, v. ALLEN LOUN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-2-00410-7, Michael E. Cooper, J., entered October 11, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 29546-0-III.  Division Three.  December 8, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK NEIL LOWDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 94-1-00035-1, Allen Nielson, J., entered November 10, 2010. Appeal *dismissed*, action *converted* to personal restraint petition, and petition *denied* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Sweeney, J.